IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

NOV - 2 2016

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| LORETTA LYNN ERIKSEN,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>Defendant. | CV 14-155-BLG-SPW<br><br>ORDER |

The Clerk of Court, by letter dated October 25, 2016, informed the Court that Joshua Van de Wetering, counsel for Plaintiff, was transferred to inactive status with the State Bar of Montana. Such inactive status precludes him from appearing in this case. L.R. 83.1(b)(1).

Therefore, IT IS HEREBY ORDERED that Mr. Van de Wetering shall, on or before November 15, 2016, advise the Court whether he has been returned to active status. If not, Mr. Van de Wetering and Plaintiff shall arrange for the substitution of new counsel by November 15, 2016.

DATED this 2nd day of November, 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1