IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LORETTA LYNN ERIKSEN, | CV 14-155-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| WAL-MART STORES, INC., | |
| Defendant. | |

The Court having been notified of the settlement of this case (Doc. 69), and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The final pretrial conference set for Tuesday, May 30 at 1:30 p.m. is VACATED and the jury trial set for Monday, June 12, 2017 at 9:00 a.m., is VACATED.

DATED this 30th day of May, 2017.

SUSAN P. WATTERS
United States District Judge