
FILED
JUL 13 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| LORRETTA LYNN ERIKSEN,<br><br>    Plaintiff,<br>v.<br><br>WAL-MART STORES INC.,<br><br>    Defendant. | Case No. 1:14-cv-00155<br><br>**ORDER** |

Having read the parties' Stipulation for Dismissal and good cause appearing,

IT IS HEREBY ORDERED that the above-named case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

DATED this 13th day of July, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1